FILED

12/09/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0587

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 20-0587

_____

STATE OF MONTANA,

      Petitioner,

    v.

MONTANA EIGHTEENTH JUDICIAL
DISTRICT COURT, HONORABLE JOHN C.
BROWN, Presiding,

      Respondent.

                                          O R D E R

_____

      The State of Montana seeks a writ of supervisory control over the Eighteenth Judicial District Court, Gallatin County, to vacate that court's September 15, 2020 order in Cause No. DC-18-448C granting Defendant Jordan Miller's motion to disqualify the prosecutor from representing the State and permitting Miller to subpoena the prosecutor to testify at trial. Having reviewed the State's motion and appendices, the Court deems it appropriate to invite a response.

      IT IS THEREFORE ORDERED that the Eighteenth Judicial District Court, the Defendant in Gallatin County Cause No. DC-18-448C, or both, are granted thirty (30) days from the date of this Order within which to file a response to the Petition in accordance with M. R. App. P. 14(7)(a).

      The Clerk is directed to provide notice of this Order to all counsel of record in the Eighteenth Judicial District Court's Gallatin County Cause No. DC-18-448C and to the Honorable John Brown, presiding District Court Judge.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
December 9 2020